CASE # RWT10-0297

FILED ___ LODGED ___ RECEIVED ___
NOV 0? 2010
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

# PETITION - IN THE UNITED STATES DISTRICT COURT OF GREENBELT, MD (SOUTHERN DIVISION)

| GREGORY TAYLOR | V | US DISTRICT COURT OF GREENBELT, MD |
|---|---|---|
| PLAINTIFF | | DEFENDANT |

- ON THIS DAY FORTH, I, GREGORY TAYLOR, DO SWEAR THIS PETITION TO BE TRUE TO THE BEST OF MY KNOWLEDGE...

- SUPERVISED RELEASE OFFICERS OF RECORDS: MR. SEAN STAMPS - MS. CORRIN RUDEY - ATTENTION!

- COMPLAINT: POSSIBLE ATTACKS ON BOARDERS, PAYMENTS HAVE BEEN SHUT DOWN - STATE &/OR FEDERAL, POSSIBLE ATTACKS ON SELF & FAMILY, POSSIBLE IDENTITY THEFT, RECORDS, POSSIBLY - FALSE RELIGION, LEGALITIES PROVIDED BY ADMIN. REQUEST PROPERTY, RECORDS - DISCOVERY. COMPENSATION FOR LOSS PROPERTY SEE RECORDS! UNEMPLOYMENT INSURANCE HAS BEEN FALSIFIED BY EMPLOYMENT/EMPLOYERS, POSSIBLE KIDNAPPING.

- MONETARY PAYMENTS OF BALTIMORE, MD RESTITUTION. DIRECTION PROVIDED BY SUPERVISED RELEASE

- EARLY LETTER SENT TO YOU OF NOTICE OF THIS ACTION, FINANCIAL RECORDS HAS BEEN PLACED IN OFFICERS CARE

  DISABILITY - PROVIDED BY DR. TADESSA, SEE RECORDS!

SMART DEPOSIT.COM
866 391 0490

CIVIL. 013CM1900025700   CASE NO: GC19-2382

**EMERGENCY MATTERS!!!**

1.) FINANCIAL SHEET! 2 YEAR OUTLINE!   CRIMINAL. FRAUD! POSSIBLE MAKESHIFT REVERSE OF ACTION.

MYCAREPACK.COM.

41 YEARS OF SERVICE & CONTINUING!!!

ICARE.COM FRESH FLAVORS. GIFTS!

D.J.

**WORK HISTORY** - CURRENTLY, A REGISTERED MEMBER OF THE DEPARTMENT OF LABOR & LICENSING WORKFORCE COMMITTEE FOR THE STATE OF MARYLAND. IHOP RESTAURANTS OF ARL. VA, UNEMPLOYMENT. INN./WORKSHOP, CORNERSTONE BAK. OF ARL. VA, LONGHORN STK HOS. LAR. MD, VOL UN. - CHURCHES OF MD, DC, VA. CHURCH OF CENTRAL BAPTIST CHURCH OF BLADNESBURG, MD 1978-1985 (STARTED)

POSSIBLE ATTEMPTED MURDER FRAME! —

D.J.

I CURRENTLY RECEIVE - MEDICAID FROM LANDOVER, MD. SNAP (FOOD STAMPS) $1200.00 SEE RECORDS OF SOCIAL SERVICES. DISCONTINUED... EMERGENCY MONEY DISCONTINUED... DISABILITY!

THERE IS A RECEIPT FOR VISIT!

I AM CURRENTLY - HOMELESS AT THE TIME DUE TO THE SEPARATION OF MY HOUSE OR HOUSING AT NO FAULT OF MY OWN. BEE RECORDS OF HYATTSVILLE, MD, UPPER MARLBORO, MD, ETC SOCIAL SERVICES, BLADNESBURG POLICE DEPT.

D.J. —

AT THIS TIME - I HAVE ZERO INCOME DUE TO A JOB LAY OFF, DISCONTINUED INSURANCE, ETC., ALL AT NO FAULT OF MY OWN. FALSE JOB PROTECTION! DEPARTMENT OF LABOR & LICENSING UNEMPLOYMENT INSURANCE OF MD. TAX RETURN...

POSSIBLE BREACH OF CONTRACT! —

I AM CURRENTLY RESPONSIBLE FOR MYSELF HOUSEHOLD! (FINANCIAL!) SEE RECORDS. HOUSING CONTRACT(S). PAYMENTS!!! (RENTALS)

D.J.

PRIORS = 0

OTHER = ALL SAID TO BE FRAUD & CLEARED —

BY SECURITY!!

|  | | SELF |
|---|---|---|
| NET INCOME: PAY PERIOD MONTLY | | $ |
| NET TAKE HOME PAY | $2000.00 | $2000.00 |
| OTHER INCOME SOURCES LINE. INSURANCE | | $80.00 |
| MY ASSETS INCLUDE - | | |
| CASH ON HAND - 0 | | $ = ZERO BALANCE |

D.J. LABOR PROVIDED $40-90 MIL 9

Bradley R. Haywood
Public Defender

Allison H. Carpenter
Deputy Public Defender

Shalev Ben-Avraham
Lauren E. Brice
Rachel C. Collins
Susannah Loumiet
Elsa B. Ohman
Helen Randolph
Kevin M. Tamul
Assistant Public Defenders

Rosa Villegas
Office Manager

Fellman Cabero
Investigator

Dina Radtke
Mitigation Investigator

Tameka Parker, MSW
Mitigation Specialist



# COMMONWEALTH OF VIRGINIA
*Office of the Public Defender*
*Arlington County & the City of Falls Church*

2200 Wilson Blvd., Suite 510, Arlington, VA 22201
(703) 875-1111 Tel   (703) 875-0174 Fax

**August 29, 2019**

**Gregory Taylor**
**1435 N. Courthouse Road**
**Arlington, Virginia 22201**

Dear Mr. Taylor,

Enclosed, please find my notes from the conversations you and I have had.

Warm regards,

*Tameka Parker, MSW*
Mitigation Specialist

# DENIAL/DISMISSAL ORDER
# IN PROTECTIVE ORDER CASE

Commonwealth of Virginia
Va. Code §§ 16.1-253.1, 16.1-279.1, 19.2-152.9, 19.2-152.10

Case No. GV19004453-00

Hearing Date and Time 8/21/2019  2:00 pm

[X] General District Court  [ ] Circuit Court
[ ] Juvenile and Domestic Relations District Court

ARLINGTON GENERAL DISTRICT COURT - CIVIL

HYO SAM CHANG
PETITIONER

v.

GREGORY TAYLOR, JR
RESPONDENT

## ORDER

**THE COURT FINDS** that it has jurisdiction over the parties and subject matter, based upon the filing of a petition pursuant to Va. Code [ ] § 16.1-253.1 [ ] § 19.2-152.9.

**THE COURT ORDERS** that:

[ ] The petition for a protective order is dismissed
    [ ] upon the denial of a preliminary protective order.
    [ ] upon the denial of a protective order.
    [ ] at the request of the petitioner.
    [ ] because the petitioner failed to appear at the [ ] preliminary protective order hearing [ ] protective order hearing.

[ ] The request for a preliminary protective order is denied, and a full hearing on the petition for a protective order will be held at this Court on _____ DATE _____ at _____ TIME _____.
The Clerk shall provide notice of the hearing to the parties.

_____ DATE _____   _____ JUDGE _____

## SUMMONS FOR HEARING

TO ANY AUTHORIZED OFFICER: Summon the Respondent as provided below:

TO THE RESPONDENT: You are commanded to appear before this Court on _____ DATE AND TIME _____

ARLINGTON GENERAL DISTRICT COURT - CIVIL
at 1425 NORTH COURTHOUSE RD ARLINGTON, VA 22201 ................ for a full hearing on the Petition.
NAME AND ADDRESS OF COURT

_____ DATE ISSUED _____   [ ] CLERK   [ ] DEPUTY CLERK

TO THE PETITIONER: You are summoned to appear in this Court for a full hearing on the Petition on

_____ DATE _____   [ ] CLERK   [ ] DEPUTY CLERK

FORM DC-394 (MASTER, PAGE ONE OF TWO) 10/11

1.) HOUSING ISSUES

SHELTER PROGRAMS - FULL    DC, MD, VA
NO OCCUPANCY.

HOUSING PROGRAMS - HAVE BEEN PLACED UPON RECORDS FOR REVIEW. POSSIBLY FALSE PROPERTIES.

DAMAGES - HAVE BEEN PLACED UPON RECORDS FOR REPAIR. SEE RECORDS UPPER MARLBORO COURTHOUSE. (CIRCUIT COURT.)

FINANCIAL BUDGET - STATE FEDERAL CLOSER

UNEMPLOYMENT CLAIMS - DISCONTINUED FOR FALSE REASONS.

FALSE BILLS - STEMING FROM EMPLOYMENT. POSSIBLE

JOB INSURANCE - DISCONTINUED FOR FALSE REASONS.

LEASE - HAVE BEEN PLACED UPON RECORD FOR REVIEW.

JOB MARKET CRASH - SEPARATION FROM EMPLOYMENT FOR FALSE REASONS.

2.) HOUSING ISSUES CONTINUED...

THE PROBLEMS I FACED WITH HOUSING, POSSIBLE ATTACKS ON PERSON (UNKNOWN), AGGRAVATION, DEATH THREATS TO MY FAMILY, STALKING, FALSE ACCUSATIONS, AMBUSH, HARRASSMENT, ATTACKS, POSSIBLE POISON ATTEMPTS, POSSIBLE IDENTITY THEFT, PROPERTY THEFT, INTERCEPTION OF MAIL.

MY PROPERTY OF STATE ISSUED INSURANCE IS BEING HELD BY HOME OWNERS, AND NOT FORWARDED TO ADDRESS.

ALSO, SAID LEGAL MAIL OF COURTS IS BEING FORWARDED TO HOME OWNERS, INSTEAD OF MAILED DIRECT TO RENTER.

- LAST KNOWN ADDRESS: HOUSING RENTALS OF UNIVERSITY OF MARYLAND - 5606 ANNAPOLIS ROAD BLADNESBURG, MARYLAND 20710 HOME OWNER CHIN

- OCCUPIED RESIDENCE DURING TIMES OF HOMELESSNESS, WHILE SEEKING REHABILITATION - HOUSING 1918 SOUTH LANGLEY STREET ARLINGTON, VA 22204 ELDERY ROXIE JOHNSON

- LAST KNOWN ADDRESS OF STATE ID - HOUSING RENTALS 2600 WALLINGFORD COURT BOWIE, MITCHELLVILLE MD 20721 WOODMORE COMMUNITIES OF GLEN. HOME OWNER PETER TUMENTU SAINT JOSEPH DR.

JOBS! - SEE RECORDS! PAY STUBS PROVIDED...

IHOP RESTAURANTS - FALSE TERMINATION, ACCUSATIONS OF VIOLENCE (FALSE), CANCELED UNEMPLOYMENT INSUR.

CORNERSTORE BAKERY - FALSE TERMINATION, - CANCELED UNEMPLOYMENT INSUR.

LONGHORN STEAKHOUSE - FALSE TERMINATION, CANCELED UNEMPLOYMENT INSURANCE, FALSE ATTACHED BILLS OF $1300.00 AWARDED $750.00 FOR JOB SEPARATION ACCEPTED IN GOOD FAITH. SAID TO RECEIVE ALL BACKPAY, ROUGHLY $850.00 A MONTH X THE MONTHS I WAS OUT OF WORK. SEE FINANCIAL RECORDS!

POSSIBLE ATTACK ON BOARDERS,
AND LONGTERM RESISDENCE.

                                                                                                                                                                                                                                                 *DJ.*

PUBLIC DEFENDERS
703.875.1111
COURTHOUSE
703.228.4399